VICTOR HADLEY v. THE STATE.

No. 8915.   Decided October 29, 1924.

No motion for rehearing filed.

**Burglary.**

No statement of facts nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the Criminal District Court of Dallas County.   Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction for burglary; penalty, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant was convicted of burglary, his punishment being assessed at confinement in the penitentiary for two years.

No statement of facts accompany the record and no bills of exception are found therein.

In this condition no question is presented to this court for review and the judgment is ordered affirmed.

*Affirmed.*